RICHARD G. HESTON, Bar No. 90738
HALLI B. HESTON, Bar No. 90737
HESTON & HESTON, Attorneys at Law
19700 Fairchild Road, Suite 200
Irvine, CA 92612
(949) 222-1041
(949) 222-1043 fax
rheston@hestonlaw.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re: | ) Chapter 13 )  |
| ROBERT PAUL MONTICUP, | ) Case No.: 8:22-bk-10130-TA ) |
| Debtor. | ) **DECLARATION OF ROBERT P. MONTICUP IN SUPPORT OF MOTION TO MODIFY CONFIRMED PLAN AND TO CONTINUE HEARING MOTION** ) ) ) ) ) ) Date: February 22, 2023 ) Time: 3:00 P.M. ) Place: 411 West Fourth Street )      Santa Ana, CA 92701 )  Ctrm: 5B |

I, ROBERT PAUL MONTICUP, declare as follows:

1. I am the Debtor in the above-entitled proceeding. I have personal knowledge of all matters stated herein and, if called to testify, I could competently testify thereto.

2. For some time, I had been utilizing the services of Robert Hill of the Zachary Advisory Group in Ladera Ranch, California as my tax advisor. However, perhaps due to the pandemic or other factors, I have not been able to obtain timely service

1

for several months. As a result, I have had to change accounting services for my personal and business tax accounting needs.

3. I have an appointment to meet with Refat Abodia, someone I hope will become my new tax advisor, on Friday, February 24, 2023. This was the first available appointment. The purpose of the appointment is to provide the information necessary for the preparation of my 2022 state and federal tax returns.

4. In addition, one of the objections of the Chapter 13 trustee to my pending motion to modify my confirmed Chapter 13 plan is my alleged failure to turn over tax refunds that came due since plan confirmation. However, I did not receive any tax refunds, state or federal, since confirmation of my plan.

5. According to the last returns prepared by Robert Hill, I did not owe any taxes for 2021, and I was entitled to receive a federal income tax refund of $2,314 and a state income tax refund of $206, a combined total of $2,520. As I never received such tax refunds, and I have been unable to reach Mr. Hill for an explanation, I attempted to contact the tax authorities.

6. Twice I have called the Internal Revenue Service, on each occasion having my call placed into a holding queue with the option of leaving my name and number for a callback. Thus far I have not received a call back, as result of which I have not been able to determine whether my tax refunds were in fact applied to tax liabilities outstanding.

7. Both the Internal Revenue Service and the Franchise Tax Board filed amended proofs of claim in November 2022 for larger claims, as a result of which I have filed the pending motion to modify the plan, since the increased priority tax claims reflected in the amended proofs of claim require modification to the percentage of distribution to general unsecured creditors.

8. I have filed amended Schedules I and J as requested by the Chapter 13 trustee, but I am currently unable to provide a complete explanation of the application of the $2,520 of tax refunds which I did not receive, as requested by the Chapter 13 trustee due to the problems with my tax advisor and getting information from the tax authorities. I expect to get this information with the help of my new tax advisor.

9. I am requesting a continuance of the hearing scheduled for February 22, 2023 on my pending motion for modification of plan for approximately 30 additional days so that I can meet with my new tax advisor on Friday, February 24, 2023 and hopefully resolve the question of the application of the $2,520 tax refunds.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: _____

ROBERT PAUL MONTICUP

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

19700 Fairchild Road, Suite 280
Irvine, CA 92612

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF ROBERT P. MONTICUP IN SUPPORT OF MOTION TO MODIFY CONFIRMED PLAN AND TO CONTINUE HEARING MOTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 2/22/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Amrane (SA) Cohen (TR)**   efile@ch13ac.com
- **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 2/22/2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**JUDGE**
Honorable Theodor C. Albert, Chief Judge
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5085 / Courtroom 5B
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 2/22/2023 | Yanira Flores | /s/ Yanira Flores |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    F 9013-3.1.PROOF.SERVICE